Sadye Charlop, Individually and as Administratrix, etc., of Joseph J. Charlop, Deceased, Appellant, Respondent, v. Morris Charlop and Others, Respondents, Appellants, Impleaded with Others.— Interlocutory judgment so far as appealed from affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and O'Malley, JJ.